UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff,

v.                                                                  Cr. Case No. 50001-02

D-2: Mark Allen Johnson,                         Honorable Sean F. Cox

    Defendant.

_____/

## **ORDER**

For the reasons stated on the record this date, **IT IS ORDERED** that the Government's motion (Docket Entry No. 289) is **GRANTED** and Defendant's sentence is hereby reduced by four years, down to a sentence of 192 months. An Amended Judgment shall be issued.

                          S/Sean F. Cox
                          Sean F. Cox
                          United States District Judge

Dated: October 16, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 16, 2009, by electronic and/or ordinary mail.

                          S/Jennifer Hernandez
                          Case Manager